**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| IN RE | CASE NUMBER |
|---|---|
| **AUDREY SNIPES,** | **22-55690-SMS** |
| Debtor. | CHAPTER 7 |

**SUBSTITUTION OF COUNSEL**

Lindsey Anderson of Atlanta Legal Aid Society, Inc. hereby withdraws her appearance as counsel of record for Debtor Audrey Snipes.

Grace Dinger of Atlanta Legal Aid Society, Inc. hereby substitutes her appearance as counsel of record for the Debtor Audrey Snipes in the above-styled bankruptcy and requests that she be placed upon the mailing list of those creditors, parties in interest, and counsel who receives all notices in these proceedings.

Respectfully submitted,

*/s/ Grace E. Dinger*
Grace E. Dinger
Georgia Bar No. 234676
Atlanta Legal Aid Society, Inc.
54 Ellis St. NE
Atlanta, GA 30303
(404)-614-3975
Email:gedinger@atlantalegalaid.org

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| IN RE | CASE NUMBER |
|---|---|
| **AUDREY SNIPES,** | **22-55690-SMS** |
| Debtor. | CHAPTER 7 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on August 4, 2022, I served the following parties with a copy of the Substitution of Counsel by placing true copies of same in a properly addressed envelope with adequate postage thereon and depositing same in the U.S. Mail, unless otherwise noted:

Audrey Snipes
658 Hansell St. SE
Atlanta, GA 30312

S. Gregory Hays, Chapter 7 Trustee
Office of the United States Trustee
**VIA ECF – REGISTERED USER**

/s/ *Grace E. Dinger*
Grace E. Dinger
Georgia Bar No. 602505
Georgia Bar No. 234676
Atlanta Legal Aid Society, Inc.
54 Ellis St. NE
Atlanta, GA 30303
(404)-614-3975
Email: gedinger@atlantalegalaid.org

2